UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-07394 UA (RZ) | Date | January 31, 2012 |
|---|---|---|---|
| Title | DERK AND TRECA ADAMS v. BANK, TRUSTEE, SERVICER, ET AL. | | |

| Present: The Honorable | AUDREY B. COLLINS, CHIEF U.S. DISTRICT JUDGE |
|---|---|
| Angela Bridges | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** (In Chambers)
**ORDER DISMISSING ACTION FOR NONPAYMENT OF FILING FEE**

Plaintiffs initiated this action as a putative petition to perpetuate testimony under Fed. R. Civ. P. 27(a). The petition was assigned case number MC 11-0347 UA (RZ). On August 31, 2011, the Court issued an order (1) denying the petition and closing the miscellaneous case, but (2) ordering the matter refiled as a regular civil case (now bearing the above case number, CV 11-7394 UA (RZ)).

In doing so, the Court stated that the Petitioners (now Plaintiffs) –

must either pay the full filing fee of $350.00 or file an application to proceed in forma pauperis within 30 days of the date of this order. If Petitioners do not pay the full filing fee or apply for in forma pauperis status within 30 days of this order, Petitioners' action will be dismissed and the civil case will be closed.

Order of Aug. 31, 2011 at 2. Several months have passed, but Plaintiffs neither have paid the filing fee nor have presented an application to proceed in forma pauperis. For that reason, this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

:

Initials of Preparer     AB